B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re John P. Darmohray and                    ,           Case No.  18-15986
     Kristine L. Darmohray

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| FLA Mortgage Capital 3 LLC | Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

FCI Lender Services, Inc.
PO Box 27370, Anaheim Hills, CA 92809

Court Claim # (if known): 15-1
Amount of Claim: $48,396.66
Date Claim Filed: 11/16/2018

Phone: 800-931-2424
Last Four Digits of Acct #: 9220

Phone: 800-561-4567
Last Four Digits of Acct. #: 7988

Name and Address where transferee payments should be sent (if different from above):

Phone: 800-931-2424
Last Four Digits of Acct #: 9220

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Angela C. Pattison                         Date: 11/30/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | |
|---|---|
| IN RE:<br><br>**John P. Darmohray and Kristine L. Darmohray,**<br>Debtors | CHAPTER 13<br><br>CASE NO.: 18-15986-elf |

**CERTIFICATE OF SERVICE**

    I hereby certify that service was made upon all interested parties, indicated below of Transfer of Claim of FLA Mortgage Capital 3 LLC on March 1, 2022:

John P. Darmohray
3318 Rhawn Street
Philadelphia, PA 19136
**Debtor- Via Regular Mail**

Kristine L. Darmohray
3318 Rhawn Street
Philadelphia, PA 19136
**Debtor - Via Regular Mail**

BRAD J. SADEK
Sadek and Cooper
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102
**Counsel for Debtor-Via ECF**

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107
**United States Trustee-Via ECF**

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**Chapter 13 Trustee-Via ECF**

By: */s/ Angela C. Pattison, Esq.*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com